IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Petitioner Pro-Se
Carl Hall

vs

United States Of America

Case # 00-CR-103 (JSR)
&
10-CV-58 (JSR)

Date Filed: July 11, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-24-18

RECEIVED SDNY DOCKET UNIT 2018 JUL 24 PM 3:46

# Memorandum Of Law
## Reconsideration — Rehearing
## Audita Querela Motion

Reasons For Granting This Motion Under Law Reconsideration - Rehearing...

1) The Court applied several enhancements to Petitioner's sentence...

2) The Petitioner's Due Process clause was violated by no 851 Enhancement Warning...

3) The Matter on grounds of Newly Discovered Existing Legal Defenses, New Case Law...

1

Comes Now Pro-Se Petitioner Carl Hall to ask this Court to Rehear and Reconsider Case #00-CR-103 and 10-CV-58 to Commute His Sentence to Time Served in Light of New Case Law. <u>See</u> Cross vs U.S., United States Court of Appeals For the Seventh Circuit, #17-2282 & 17-2724, Decided June 7, 2018... <u>See</u> Supreme Court Ruling In, Johnson vs U.S., 135 S. Ct. 2551, 192 L. Ed. 2D 569 (2015)... <u>See</u> Peugh vs U.S., 569 U.S. 530 133 S. Ct. 2072, 186 L. Ed. 2D 84 (2013)... <u>Please</u> Take Into Consideration Dodd vs U.S. which Clarifies That This Limitation Period Begins When The Supreme Court Declares A New Right, Not From One Year Date! The Courts Must Always Construe Plea Agreements According to the Principles of Contract Law, With A Heightened Obligation Both To Secure For Defendants The Benefits Of Their Negotiation And To Restrict Only Those Rights They Properly Relinquished! An Un-Warned Enhancement Violates That Fairness Under The Due Process Clause!

2

See Quintero vs U.S., 618 F.3D 746, 751 (2010). Futhermore, Pro-Se Petitioner Carl Hall has a calculation points flaw as well pertaining to the Guidelines. I proceed in this matter without the representation of counsel and I respectfully invoke the rules established in Haines vs Kerner, 404 U.S. 519, 520 (1972) holding Pro-Se litigants to less stringent standards then formal pleadings drafted by lawyers for which I request that the court construe this Pro-Se motion liberally. This Honorable Court maintains jurisdiction to hear this motion for Reconsideration-Rehearing Audita Querala under the All Writs Act, 28 U.S.C § 1651. See Richter vs U.S., 510 F.3D 103, 104 (2ND Circuit 2007) Petition for Audita Querela may not be used to circumvent AEDPA's second or successive restriction better used to fill in gaps in federal appeals and overturn convictions for resentencing.

3

A WRIT OF AUDITA QUERELA IS USED TO CHALLENGE JUDGMENT THAT WAS CORRECT AT THE TIME IT WAS THEN RENDERED BUT WHICH IS RENDERED INFIRM BY MATTERS WHICH ARISE AFTER IT'S RENDITION. SURELY THE GOVERNMENT WILL CONCEDE THAT CARL HALL HAS UNDERTAKEN SIGNIFICANT INSTITUTIONAL EDUCATION AND REHABILITATION... SINCE INCARCERATION I HAVE AVOIDED FURTHER CRIMINAL ACTIVITIES, VIOLENCE, AND AM CONSTANTLY MATURING AS A RESPONSIBLE MAN STRIVING TO BE A LAW ABIDING CITIZEN IN SOCIETY... <u>SEE</u> VENTURA VS MEACHUM, 957 F.2D 1048, 1058 (2ND CIRCUIT 1992)... MISINFORMATION AFFECTED DECISION AND I WOULD NOT HAVE PLED BUT FOR MISADVICE... <u>SEE</u> HOWARD VS U.S. 381 F.3D 873, 882 (9TH CIRCUIT 2004)... PRO-SE PETITIONER WAS CONVICTED AND SENTENCED WHEN THE GUIDELINES WERE MANDATORY, WHILE PROTECTED BY GRIFFITH VS KTY, 479 U.S. 314 (1987) THE UNITED STATES SUPREME COURT RULED IN BLAKELY VS WASHINGTON (2004)...

4

Once Blakely vs Washington (2004) applied to the Federal Sentencing Guidelines through Booker vs U.S., 125 S. Ct. 738 (2005) and this Court's decision in Crosby vs U.S., 397 F.3D 103 (2nd Circuit 2005), at that point Petitioner Pro-Se Litigant was entitled to a sentence determined by Apprendi vs New Jersey 530 U.S. 466 120 S. Ct 2348, 147, L.ED, 2D 435 the jury verdict alone, (NO ENHANCEMENTS). Within Booker vs U.S. Part Two the Remedial Part, the Court ruled the Guidelines would from that point on be Advisory, the Remedial Parts was even ruled Retro-Active and Pro-Se Petitioner Litigant Carl Hall was Re-Sentenced, yet sadly only the Remedial Part was used and I am still stuck with several enhancements. See Williams vs Estelle, 681 F.2D 946 in (5th Circuit 1982), See McCoy vs U.S. 215 F.3D 102 (D.C. Circuit 2000), See Booze vs U.S. 293 F.3D 516 (D.C. Cir 2002)...

5

The U.S. Supreme Court ruled in a case Peugh vs U.S. 133 S.Ct. 2072, 2078, 186 L. Ed. 2d. 84 (2013), that violation of the Ex Post Facto Clause occurs when a defendent is sentenced under guidelines promulgated after advisory. In the matter of law, this case applies to the issue's in front of the court. See Cross vs U.S. Court of Appeals 7th Circuit, #17-2282 & #17-2724, Decided 6-7-2018.. There is a deep split between the circuits and the District Court Judges, some judges have released prisoner's, some judges have given time served, some judges resentenced to lesser time, and that's the one main thing all judges have the power to do. Petitioner Pro-Se Litigant Carl Hall argument is in consistency with these rulings. See Boal vs U.S., 534 F.3d 965, 967, N2 (8th Circuit 2008), Newly Discovered Case Laws...

6

# In Conclusion

I respectfully ask the court and reque[st] that the court accept this motion and grant relief on this motion and call pro-se petitioner Carl Hall to the court and re-sentence litigant to time served as per the correct guidelines! Without all the enhancements!

See Padilla vs Kentucky 559 U.S. 356, 373, 130 S. Ct 1473, 176 L. Ed. 2.D 284 (2010)... See Arteca vs U.S., 411 F.3D 315, 320 (2nd Circuit 2005)... See Davis vs Greiner, 428 F.3D 81, 88 (2nd Circuit 2005)... See Lopez vs Scully, 58 F.3D 38 (2nd Circuit 1995)... All 2nd Circuit relevant cases that were remanded back to the courts concerning these same issues, extraordinary circumstances!

Carl Hall Case #
7

# Certificate Of Service

I hereby certify that this motion under the All Writs Act was hand delivered to Counselor Brenda Torres on July 11, 2018 with postage on envelopes and copies to be sent to the following addresses. I declare everything written to be true under the penalty of perjury!

Carl Hall
July 11, 2018

To: Pro-Se Office (S.D.N.Y)
United States District Court
500 Pearl Street, Room 230
New York, New York
10007

To: U.S. Attorneys Office (S.D.N.Y)
One St. Andrew's Plaza
New York, New York   10007

8

PRO-SE OFFICE CLERK 7-11-2018

CAN YOU & WILL YOU PLEASE PLEASE FILE THIS MOTION WITH THE COURT! SEND ME A RECEIPT THAT YOU RECEIVED THIS MOTION A.S.A.P PLEASE PLEASE THANK YOU!

Name: CARL HALL
Reg No: 44729-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

ADX
7/15/18

To: Pro-Se Office (S.D.N.Y.)
United States District Court (Room 230)
500 Pearl Street
New York, New York 10007

Legal Mail

RECEIVED
SDNY DOCKET UNIT
2018 JUL 24 PM 3:46